**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL S. ELLISON,

        Plaintiff,                                   Civil No. 02-73943

v.                                                 HON. JOHN CORBETT O'MEARA

COLASANTI CORPORATION,

        Defendant.

_____/

**ORDER DENYING**
**PLAINTIFF'S JULY 26, 2007 MOTION FOR RECONSIDERATION**

This matter came before the court on plaintiff Michael Ellison's July 26, 2007 motion for reconsideration of the court's July 8, 2003 order granting Defendant's motions for summary judgment. Pursuant to Local Rule 7.1(g)(2)(E.D. Mich. Dec. 1, 2005), no response was filed and no oral argument was heard.

Plaintiff filed his complaint November 7, 2002,\ against defendant Colasanti Corporation. Defendant filed motions for summary judgment on January 6, 2003, and March 3, 2003. Plaintiff did not respond to either motion. On July 8, 2003, the court granted Defendant's motion for summary judgment and dismissed the complaint.

Plaintiff Ellison now seeks reconsideration of the dismissal order **four years** after its filing. Pursuant to Local Rule 7.1(g)(1), motions for reconsideration must be filed within **10 days** after entry of the order.

# ORDER

It is hereby **ORDERED** that plaintiff Ellison's July 26, 2007 motion for reconsideration is **DENIED.**

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Dated: August 15, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 15, 2007, by electronic and/or ordinary mail.

                                                        s/William Barkholz
                                                        Case Manager